**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

JORGE MALDONADO and JUAN UMANA,
on behalf of themselves and all other persons
similarly situated,

**Docket No.:** 22-cv-3604 (GRB)(ST)

                          Plaintiffs,

     -against-

MONTE'S ELITE PIZZA LLC and ANDREW
MONTELEONE,

                         Defendants.
-----------------------------------------------------------X

## PLAINTIFFS' NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

      Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiffs JORGE MALDONADO and JUAN UMANA hereby accept Defendants' Offer of Judgment dated August 14, 2023, attached hereto as Exhibit A.

Dated: Hauppauge, New York
        August 23, 2023.

                                                                Respectfully Submitted,

                                                               ROMERO LAW GROUP PLLC
                                                               *Attorneys for Plaintiff*
                                                               490 Wheeler Road, Suite 250
                                                               Hauppauge, New York 11788
                                                               Tel.:   (631) 257-5588
                                                               Email: mfarnworth@romerolawny.com

              By:         _____
                                       MATTHEW J. FARNWORTH, ESQ.

**CERTIFICATE OF SERVICE**

      I, Matthew J. Farnworth, Esq., hereby certify that on this date, August 23, 2023, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment*, dated August 14, 2023, was served via ECF and electronic mail to the following:

Peter J. Famighetti, Esq.
FAMIGHETTI & WEINICK PLLC
*Attorneys for Defendants*
25 Melville Park Road, Suite 235
Melville, New York 11747
(631) 352-0050
pjf@fwlawpllc.com

                                                          */s/ Matthew J. Farnworth*
                                          MATTHEW J. FARNWORTH, ESQ.