**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JORGE MALDONADO, JUAN UMANA,
WALTER AGUILAR and ALEX GRANADOS,

                Plaintiffs,

  - against -                                    **JUDGMENT**
                                                    CV 22-3604 (GRB) (ST)
MONTE'S ELITE PIZZA and ANDREW
MONTELEONE,

                Defendants.
----------------------------------------------------------------X

A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on August 23, 2023, accepting Defendants' August 14, 2023 offer to allow entry of judgment against them in the amount of $120,000.00 in full satisfaction of all claims, attorneys' fees and costs, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs Jorge Maldonado, Juan Umana, Walter Aguilar, and Alex Granados against Defendants Monte's Elite Pizza and Andrew Monteleone in the amount of $120,000.00 in full satisfaction of all claims, attorneys' fees and costs; and that this case is closed.

Dated: September 7, 2023
        Central Islip, New York

                                                                  BRENNA B. MAHONEY
                                                                  CLERK OF COURT

                                                     By:   /s/ James J. Toritto
                                                                       Deputy Clerk